## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

Michael L. Swan,

     Plaintiff,

v.

Convergent Outsourcing, Inc.,

     Defendants.

Case No.: 1:17-cv-00180-RJJ-PJG
Hon. Judge Robert J. Jonker
Magistrate Judge Phillip J. Green

## STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT FEES OR COSTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Defendant Convergent Outsourcing, Inc. with prejudice and without attorney's fees or costs to either party.

Dated: November 16, 2017

/s/ Jeffery D. Mapes (with consent)
Jeffery D. Mapes (P70509)
Jeffery D. Mapes PLC
29 Pearl St. NW, Ste. 035
Grand Rapids, MI 49503
Tel: (616) 719-3847
Fax: (616) 719-3857
jeff@mapesdebt.com

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
Tel: (734) 222-5179
Fax: (866) 941-8712
Charity.Olson@brockandscott.com