UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Michael L. Swan,<br><br>    Plaintiff,<br><br>v.<br><br>Convergent Outsourcing, Inc.,<br><br>    Defendants. | Case No.: 1:17-cv-00180-RJJ-PJG<br>Hon. Judge Robert J. Jonker<br>Magistrate Judge Phillip J. Green |

### ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S COMPLAINT AGAINST DEFENDANT WITHOUT FEES OR COSTS TO ANY PARTY

Pursuant to the parties' stipulation between Plaintiff Michael L. Swan and Defendant Convergent Outsourcing, Inc. filed with this Court, Plaintiff's Complaint is hereby dismissed with prejudice, and without fees or costs awarded to any party.

This Order resolves all pending claims and closes the case.

**IT IS SO ORDERED.**

                                           /s/ Robert J. Jonker
                                           Hon. Robert J. Jonker
                                           United States District Court
                                           Western District of Michigan

Dated: November 16, 2017